

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT ON REMAND

Ex parte Brandon Joseph Adams,    * From the 42nd District Court
                                     of Taylor County
                                     Trial Court No. 26,815-A.

No. 11-17-00332-CR                 * November 21, 2019

                                   * Per Curiam Memorandum Opinion
                                     (Panel consists of: Bailey, C.J.,
                                     Stretcher, J., and Wright, S.C.J., sitting
                                     by assignment)
                                     (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below.  Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed, and the cause is remanded to the trial court for further proceedings.